**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| ELIZABETH PERLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 4:16-cv-00522 |
| | ) |
| COMENITY BANK, | ) |
| | ) |
| | ) |
| Defendant, | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, ELIZABETH PERLEY, ("Plaintiff"), through her attorney, Michael S. Agruss and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, against Defendant, COMENITY BANK

RESPECTFULLY SUBMITTED,

DATED: July 19, 2016     By: /s/Michael S. Agruss
                             Michael S. Agruss
                             IL SBN: 6281600
                             CA SBN: 259567
                             Agruss Law Firm, LLC
                             4809 N. Ravenswood Ave.
                             Suite 419
                             Chicago, IL 60640
                             Tel: 312-224-4695
                             Fax: 312-253-4451
                             michael@agrusslawfirm.com
                             Attorney for Plaintiff